# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| BF PROPERTIES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:20-CV-00339-HAB-SLC |
| ) | |
| MICAH STANLEY, CHRISTOPHER ) | |
| LAWTON, LAWTON STANLEY ) | |
| ARCHITECTS, P.C. d/b/a LAWTON ) | |
| STANLEY ARCHITECTS, INC., ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

On September 28, 2020, the Defendants filed a Notice of Removal (ECF No. 1) transferring the state court complaint in this action from the Allen Superior Court to this Court. On October 15, 2020, the Court ordered the Defendant to file a supplemental jurisdictional statement in an effort to establish diversity jurisdiction. (ECF No. 6). On November 16, 2020, the Defendants filed their supplemental jurisdictional statement. (ECF No. 12). In that jurisdictional statement, the Defendants acknowledge that "complete diversity between the Parties does not exist and this Court lacks subject matter jurisdiction to hear this matter pursuant to 28 U.S.C. § 1332." *Id.* Accordingly, this case is REMANDED to the Allen Superior Court.

So ORDERED on November 17, 2020.

s/ *Holly A. Brady*
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT